IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANDREA LUZ FLORES-GUTIERREZ,

    Defendant.                                Case No. 07-cr-30019 DRH

## ORDER

**HERNDON, Chief Judge**

    Having come before this Court Defendant's Motion to Stay Execution of Sentence, for good cause shown, the Motion (Doc. 24) is hereby **GRANTED.**

    It is hereby **ORDERED** that the Clerk of this Court shall forthwith notify those law enforcement officers charged with Defendant's pending custody/incarceration of this Order staying the execution of Defendant's sentence until such time as there is a final ruling regarding motion to rescind the Order of Deportation.

    Defendant is **ORDERED** to file a Status Report with the Court regarding INS proceedings by **Friday, October 26, 2007**, with a follow up filing every thirty (30) days thereafter until such time as a final ruling is issued. If a

final ruling is made in the interim of filing status reports, Defendant is to inform the Court as soon as reasonably possible of this ruling.

**IT IS SO ORDERED.**

Signed this 4th day of October, 2007.

/s/      DavidRHerndon
**Chief Judge**
**United States District Court**