IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**ANDREA LUZ FLORES-GUTIERREZ,**

    **Defendant.**                                     Case No. 07-cr-30019 DRH

## ORDER

**HERNDON, Chief District Judge:**

    Having come before this Court Defendant's Motion to Set Aside Judgment and for Abatement (Doc. 27), for good cause shown, the Motion is hereby **GRANTED.**

    Due to the fact that defendant Flores-Gutierrez has been deported to her native country of Mexico, the Court hereby **ORDERS** that the Judgment, entered on October 1, 2007 (Doc. 22) be **SET ASIDE** and **ABATED** without objection of the government.

    **IT IS SO ORDERED.**

    **DATED:** May 1, 2008

                                         /s/         *David R Herndon*
                                         **Chief Judge**
                                         **United States District Court**